UNITED STATES TRUST COMPANY OF PATERSON, NEW JERSEY, Plaintiff, v. JACOB MENDELSON and Others, Defendants.— Submission dismissed, without costs, upon the ground that it is not a proper submission of a controversy in form under the statute.* Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

RUMSEY & GREUTERT COMPANY, INC., Respondent, v. ROBERT W. RUMSEY, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term, on the ground that the complaint does not state facts sufficient to constitute a cause of action. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

FRANK E. HABICHT and Another, Copartners, etc., Appellants, v. PARADIES-CARROLL CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

GASTON, WILLIAMS & WIGMORE STEAMSHIP CORPORATION, Respondent, v. NORWEGIAN ATLAS INSURANCE COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WALTER H. WILLIAMS, Appellant, v. WISNER BUILDING Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Martin, JJ.

PINCUS FELDSTEIN, an Infant, by SAMUEL FELDSTEIN, His Guardian ad Litem, Appellant, v. FIFTH AVENUE COACH COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES W. HODELL, Respondent, v. THE COMMERCIAL SHIRT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

L. B. FOSTER COMPANY, INC., Appellant, v. WILLIAM H. MULLER & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MANHATTAN ELECTRICAL SUPPLY COMPANY, INC., Appellant, v. MANHATTAN ELECTRICAL BARGAIN HOUSE, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PAUL E. ALBERTI and Others, Appellants, v. DAVID G. BAIRD and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EDMOND O'CONNOR, Respondent, v. EDMUND O'CONNOR, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Dowling, J., dissents.

---

* See Civ. Prac. Act, § 546 *et seq.*—[REP.